UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY BRADLEY, | No. 2:13-cv-1055 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This action was filed May 29, 2013. Plaintiff challenges the August 19, 2011 decision of an administrative law judge determining that plaintiff was overpaid social security benefits in the sum of $45,563.00 during the period October 1, 2006 to November 2009. Plaintiff has filed a letter protesting an administrative wage garnishment based on this overpayment while her federal court action is pending.

An answer has not yet been filed in this case. It appears service of summons has not yet been properly completed in that plaintiff has failed to deliver a copy of the summons and complaint to the United States Attorney for the Eastern District of California. See ECF No. 5.

It also appears that this court may lack jurisdiction. Plaintiff was advised by the administrative law judge that she would lose the right to Federal court review if she did not file an

/////

1

appeal with the Appeals Council.  ECF No. 1 at p. 44.  The exhibits attached to the complaint do not include a copy of an appeal to the Appeals Council.

Under 31 U.S.C. § 3720D, the Commissioner of Social Security may garnish the disposable pay of an individual who owes a delinquent nontax debt, such is at issue here. Plaintiff cites no provision which bars the application of this section during the pendency of Federal court review.

In accordance with the above, IT IS HEREBY ORDERED that:

1. No later than September 18, 2013, plaintiff shall deliver a copy of the summons and complaint to the United States Attorney for the Eastern District of California and shall file a proof of service reflecting said service.

2. The Clerk of Court is directed to serve a courtesy copy of this order on the United States Attorney for the Eastern District of California.

3. Plaintiff's request to abate the garnishment (ECF No. 8) is denied without prejudice.

Dated:  August 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bradley.gar